## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FROILAN RENTERIA,  )
   #1033690  )
  )
   Plaintiff,  )   2:10-cv-0931-PMP-LRL
  )
vs.  )
  )   **ORDER**
HOWARD SKOLNIK, *et al.*,  )
  )
   Defendants.  )
  /

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within

1  **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed
2  application to proceed *in forma pauperis* on the form provided by this Court.  Plaintiff's failure to
3  file an application to proceed *in forma pauperis* in compliance with this order may result in the
4  immediate dismissal of the lawsuit without prejudice.

6  DATED this 1st day of July, 2010.

8  UNITED STATES MAGISTRATE JUDGE